UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARIE MARCANO RIVERA

V.                              CIVIL NO.97-2306 (RLA)

PUEBLO INTERNATIONAL, INC.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed:  Docket # 131 | DENIED. |
| [x] Dft, | |
| Title: MOTION FOR RECONSIDERATION IN THE MATTER OF PETITIONS FOR ATTORNEYS' FEES | |

September 17, 1999            RAYMOND L. ACOSTA
        Date                  U.S. District Judge

Rec'd:        EOD:

By:        # 133