IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 OCT -4  PM 2:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MARIE MARCANO RIVERA     *
                           *
    Plaintiff              *
                           *  Civil No. 97-2306 (RLA)
    v.                      *
                           *
PUEBLO INTERNATIONAL, INC.   *
                           *
    Defendant             *
                           *

ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 4TH day of October, 1999.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Nivea L. Ocasio
      Deputy Clerk

s/c: Luis Mellado, Esq.
     Jorge Pizarro, Esq.

(134)