UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIE MARCANO RIVERA

v.                          CIVIL NO. 97-2306 (RLA)

PUEBLO INTERNATIONAL, INC.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/6/2000 Docket # 135<br><br>[x] **Plff.**<br><br>**Title:** MOTION FOR EXECUTION OF JUDGMENT | **DENIED AS PREMATURE.** See Pueblo's Opposition... filed on December 11, 2000 (docket No. 136). |

December 18, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: /s/ # 137