IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIE MARCANO RIVERA,
et al.,

    Plaintiffs,

v.                                    CIVIL NO. 97-2306 (RLA)

PUEBLO INTERNATIONAL, INC.,

    Defendant.

### ORDER FOR EXECUTION OF JUDGMENT

    Plaintiff's motion for execution of judgment is hereby **GRANTED**.

    Accordingly, the Clerk of the Court is hereby ORDERED to issue a writ of execution to the U.S. Marshal commanding him to attach sufficient assets of the defendant, PUEBLO INTERNATIONAL, INC., taking them into his custody to pay plaintiff, MARIE MARCANO RIVERA, the amount of **$450,000.00** pursuant to the Amended Judgment issued on March 31, 1999, plus interest at the prevailing rate of 4.584% when the initial Judgment was entered on February 26, 1999, plus attorney's fees in the sum of **$21,873.00** awarded on July 20, 1999, plus interest over said fees at the prevailing rate of 4.966% at the time, plus costs taxed in the sum of **$3,011.00** until fully satisfied.

    Following the attachment of money or other liquid assets of the defendant, and/or the attachment of other chattels or real estate, among other fixed assets which may subsequently require public sale,

CIVIL NO. 97-2306 (RLA)                                                      Page 2

1  the U.S. Marshal shall pay plaintiff MARIE MARCANO RIVERA the
2  aforementioned judgment award plus attorney's fees, costs and
3  interest due.
4
5       IT IS SO ORDERED.
6       In San Juan, Puerto Rico, this 12th day of January, 2001.

                                    RAYMOND L. ACOSTA
                                    United States District Judge

AO 72
(Rev 8/82)