IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MARIE MARCANO RIVERA, ET ALS.**

Plaintiffs

**CIVIL NO. 97-2306 (RLA)**

v.

**PUEBLO INTERNATIONAL, INC.**

Defendant

---

### NOTICE OF SATISFACTION OF JUDGMENT

TO THE HONORABLE COURT:

NOW COME plaintiffs through their undersigned counsel, and respectfully state and acknowledge that defendant, Pueblo International, Inc., has paid and satisfied in full the judgment entered in this case, as modified by the First Circuit Court of Appeals, paying Marie Marcano Rivera the amount of $450,000.00 plus interest, plus attorney fees in the amount of $21,873.00 plus interest, plus costs in the amount of $3,011.00, net of tax withholding.

WHEREFORE plaintiffs respectfully pray this Honorable Court to take notice that judgment has been satisfied in full, including attorney fees, interest and costs.

RESPECTFULLY SUBMITTED.

At San Juan, Puerto Rico, this 12th. day of January, 2001.

LUIS R. MELLADO GONZALEZ
ATTORNEY FOR PLAINTIFFS
CAPITAL CENTER SOUTH, SUITE 404
239 Arterial Hostos Avenue
San Juan, Puerto Rico 00918
Telephone 767-2453 / Fax 767/2575

LUIS R. MELLADO-GONZÁLEZ
USDC-PR 116714