UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIE MARCANO RIVERA

V.                                CIVIL NO. 97-2306 (RLA)

PUEBLO INTERNATIONAL, INC.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/12/2001 Docket # 144 | NOTED. |
| [x] **Plff.** | |
| **Title:** NOTICE OF SATISFACTION OF JUDGMENT | |

January 31, 2001
   Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: # 145